UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE LEANN MARRUJO,      )
                             )   CASE NO. C11-0830-RSM
   Plaintiff,                )
                             )
   v.                        )
                             )   REPORT AND RECOMMENDATION
MICHAEL ASTRUE,              )
Commissioner of Social Security, )
                             )
   Defendant.                )
_____)

Plaintiff brought this action to seek judicial review of the denial of her application for Disability Insurance Benefits by the Social Security Administration. Plaintiff recently filed a motion to voluntarily dismiss her case due to a lack of supporting medical evidence (Dkt. 15), and defendant filed a response of non-opposition (Dkt. 17).

Based on plaintiff's unopposed motion, the Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case DISMISSED. A proposed order accompanies this Report and Recommendation.

DATED this 6th day of September, 2011.

                                   /s/ Mary Alice Theiler
                                   Mary Alice Theiler
                                   United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -1