UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE LEANN MARRUJO,)
)    CASE NO. C11-0830-RSM
    Plaintiff,)
)
v.)
)    REPORT AND RECOMMENDATION
MICHAEL ASTRUE,)
Commissioner of Social Security,)
)
    Defendant.)
_____)

Plaintiff brought this action to seek judicial review of the denial of her application for Disability Insurance Benefits by the Social Security Administration. Plaintiff recently filed a motion to voluntarily dismiss her case due to a lack of supporting medical evidence (Dkt. 15), and defendant filed a response of non-opposition (Dkt. 17).

Based on plaintiff's unopposed motion, the Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case DISMISSED. A proposed order accompanies this Report and Recommendation.

DATED this 6th day of September, 2011.

                                        /s/ Mary Alice Theiler
                                      Mary Alice Theiler
                                      United States Magistrate Judge