UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE LEANN MARRUJO, )
) CASE NO. C11-0830-RSM
    Plaintiff, )
)
    v. )
) ORDER DISMISSING CASE
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )
_____ )

Plaintiff filed a motion to voluntarily dismiss this case due to lack of supporting evidence. (Dkt. 15.) Defendant subsequently filed a response of non-opposition. (Dkt. 17) It is therefore ORDERED:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Court DISMISSES this case; and

    (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 7th day of September 2011.

                                /s/ Ricardo S. Martinez
                                RICARDO S. MARTINEZ
                                UNITED STATES DISTRICT JUDGE

ORDER OF REMAND
PAGE -1