01

02

03

04

05                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
06                              AT SEATTLE

07  MICHELLE LEANN MARRUJO,              )
                                         )   CASE NO. C11-0830-RSM
08          Plaintiff,                   )
                                         )
09          v.                           )
                                         )   ORDER DISMISSING CASE
10  MICHAEL J. ASTRUE,                   )
    Commissioner of Social Security,     )
11                                       )
            Defendant.                   )
12  _____ )

13          Plaintiff filed a motion to voluntarily dismiss this case due to lack of supporting

14  evidence.  (Dkt. 15.)  Defendant subsequently filed a response of non-opposition. (Dkt. 17)

15  It is therefore ORDERED:

16          (1)     The Court adopts the Report and Recommendation;

17          (2)     The Court DISMISSES this case; and

18          (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19          DATED this 7th day of September 2011.

20

21                                              _____
                                                RICARDO S. MARTINEZ
22                                              UNITED STATES DISTRICT JUDGE

ORDER OF REMAND
PAGE -1